GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: TALIA KRAEMER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2822
Fax: (212) 637-2702
talia.kraemer@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF ENERGY, <br><br> Defendant. | No. 17 Civ. 6989 (RWS) |

**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT AS MOOT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Amended Complaint as Moot, pursuant to Federal Rule of Civil Procedure 12(h)(3), Defendant U.S. Department of Energy, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court for an order dismissing the amended complaint.

Dated:	August 23, 2018
	New York, New York

               Respectfully submitted,

               GEOFFREY S. BERMAN
               United States Attorney for the
               Southern District of New York

        By: */s/ Talia Kraemer*
          TALIA KRAEMER
          Assistant United States Attorney
          86 Chambers Street, Third Floor
          New York, New York 10007
          Telephone:  (212) 637-2822
          Facsimile:  (212) 637-2702
          E-mail:  talia.kraemer@usdoj.gov

TO:	Jeffrey B. Dubner, Esq.
	Javier M. Guzman, Esq.
	Democracy Forward Foundation
	P.O. Box 34553
	Washington, DC 20043
	*Attorneys for Plaintiff*